**Order entered June 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00868-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### GREG FOX, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05606**

## ORDER

Before the Court is "Appellant's Motion to Reverse Trial Court's Final Judgment for Fraud and Appellant's Motion for Sanctions" filed on June 3, 2019. Because appellant seeks reversal of the trial court's judgment, the Court is not clear if she intends this filing to be her brief on the merits.

To the extent, appellant continues to complain about the accuracy of the appellate record, we **DENY** the motion, including the request that we impose sanctions against appellees and their counsel.

To the extent, appellant intends this filing to be her brief, it fails to comply with the briefing requirements. *See* TEX. R. APP. P. 38.1. Specifically, appellant's brief is deficient in the following respects:

1. It does not contain a complete list of all parties to the trial court's judgment or order appealed from, with the names and addresses of all trial and appellate counsel. *Id*. 38.1(a).

2. It does not contain a table of contents with references to the pages of the brief. *Id*. 38.1(b).

3. It does not contain an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited. *Id*. 38.1(c).

4. It does not contain a concise statement of the case, the course of proceedings, and the trial court's disposition of the case supported by record references. *Id*. 38.1(d).

5. It does not concisely state all issues or points presented for review. *Id*. 38.1(f)

6. It does not contain a concise statement of the facts supported by record references. *Id*. 38.1(g).

7. It does not contain a succinct, clear, and accurate statement of the arguments made in the body of the brief. *Id*. 38.1(h).

8. The argument does not contain appropriate citations to authorities and to the record. *Id*. 38.1(i).

We **ORDER** appellant to file an amended brief correcting the above-noted deficiencies within **twenty days** of the date of this order.

/s/  BILL WHITEHILL
    JUSTICE